

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

## No. 02-19-00279-CV

| | | |
|---|---|---|
| GARY LEE EASLEY, Appellant | § | On Appeal from the 352nd District Court |
| v. | § | of Tarrant County (352-298803-18) |
| HSBC BANK USA, N.A., AS INDENTURE TRUSTEE OF THE FBR SECURITIZATION TRUST 2005-2, CALLABLE MORTGAGE-BACKED NOTES, SERIES 2005-2; AND SPECIALIZED LOAN SERVICING, LLC, Appellees | § | November 14, 2019 |
| | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr